AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| GABRIEL SEZANAYEV, an individual and PRESTIGE ROYAL LIQUORS, CORP. a New York Corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>ELLIOTT GILLESPIE, an individual and ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  16-cv-4169 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROCKWOOD SPIRITS INTERNATIONAL,
5480 Canotek Road Suite 21, Ottawa, Ontario K1J9H7, Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Stefan Knirr
Lawfirm of Ursual Day
708 Third Avenue, Suite 1501
New York, New York, 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*